IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

RAYMOND JUSTICE and
DREMA JUSTICE,

    Plaintiffs,

v.                                                    Civil Action No. 2:14-cv-27203

MERCK & CO., INSIGHT
PHARMACEUTICALS CORP.,
and WAL-MART STORES, INC.,

    Defendants.

## FINAL DISMISSAL ORDER

On this date came the parties hereto, by the undersigned counsel, and represented to the Court, by their signatures herein, that all claims and controversies asserted in the above-styled action, have been resolved, and that the parties hereto, therefore jointly move that the above-styled action be dismissed with prejudice and each party to bear their own expenses and costs.

WHEREFORE, for good cause shown, and there being no objection thereto, this Court does hereby ORDER that the above-styled Action shall be and hereby is DISMISSED WITH PREJUDICE as to all parties and all claims asserted.

The Court further ORDERS that the Clerk of the United States District Court for the Southern District of West Virginia shall provide a copy of this entered Order by filing and service through the Court's CM/ECF electronic filing system.

ENTER: this \_\_\_\_9th\_\_\_\_ day of July 2015.

                                                                _John T. Copenhaver_
                                                                JOHN T. COPENHAVER, JR.
                                                                UNITED STATES DISTRICT JUDGE

Approved by:

/s/ D. Adrian Hoosier
D. Adrian Hoosier, II, Esq.
The Hoosier Law Firm, PLLC
107 Hale Street, #100
Charleston, WV 25301
*Counsel for Plaintiffs*


/s/ Heather M. Noel
Heather M. Noel (W.Va. Bar No. 7814)
MacCorkle Lavender PLLC
2004 White Willow Way
Morgantown, WV 26505
Telephone: (304) 599-5600
Facsimile (304) 599-8141
hnoel@mlclaw.com
*Counsel for Defendants, Insight Pharmaceuticals, Corp.,*
*and Wal-Mart Stores, Inc.*